SCWC-11-0000668

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

_____

MARCELINO RAMENTO,
Respondent/Plaintiff-Appellee,

vs.

M&M TANKS, INC.,
Petitioner/Defendant-Appellant,

and

JOHN S. BRUNS,
Plaintiff.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000668; CIVIL NO. 07-1-1920-10)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant M&M Tanks, Inc.’s,

Application for Writ of Certiorari filed on January 8, 2015, is

hereby rejected.

DATED:  Honolulu, Hawai‘i, February 3, 2015.

Carl H. Osaki
for petitioner

Ronald Albu
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

